IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR20 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| HENRY CLINE, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to withdraw (Filing No. 59) his motion filed under 28 U.S.C. § 2255.

IT IS ORDERED:

1. The Defendant's motion to withdraw (Filing No. 59) his § 2255 motion is granted;

2. The Defendant's § 2255 motion (Filing No. 52) is withdrawn;

3. The Defendant's motion for leave to proceed in forma pauperis (Filing No. 53) is denied as moot; and

4. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

DATED this 28th day of September, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge